FILED
NOV 12 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

RECEIVED
2020 NOV 12 A 11: 44
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

Fee Pd
Iss
KAW
ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Maria C. Luna )
  )
         Plaintiff, )       C20-08097
  )
vs. )       CASE NO. _____
  )
California Department of Corrections and )       EMPLOYMENT DISCRIMINATION
Rehabilitation; )       COMPLAINT
California Medical Facility   Defendant(s). )
  )
  )

1. Plaintiff resides at:

   Address __5049 Rowe Dr._____

   City, State & Zip Code ___Fairfield, CA 94533_____

   Phone __(707)803-0813_____

2. Defendant is located at:

   Address __1515 S St._____

   City, State & Zip Code __Sacramento, CA 95811_____

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. **NA** Failure to employ me.

   b. **NA** Termination of my employment.

Form-Intake 2 (Rev. 4/05)                       - 1 -

1   c. **NA** Failure to promote me.

2   d. **NA** Other acts as specified below.

3   ___NA___

4   _____

5   _____

6   _____

7   _____

8   _____

RECEIVED
2020 NOV 12 A 11: 44
SUSAN Y SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

9   5.   Defendant's conduct is discriminatory with respect to the following:

10      a. **NA** My race or color.

11      b. **NA** My religion.

12      c. **NA** My sex.

13      d. **NA** My national origin.

14      e. **X** Other as specified below.

15   Repetitive exposure to Intimidating and Hostile work environment; Intentional/Negligence Infliction of Emotional Distress due to hostile work environment.

16   6.   The basic facts surrounding my claim of discrimination are:

17   On February 09, 2018, Registered Nurse (RN) Luna was conducting her morning Nursing Group

18   when one inmate from her class committed Indecent Exposure (IEX) with Masturbation, intently at

19   her, unwelcomed, scared, lost balance while running out of the room and had pain on her left ankle.

20   Custody and Nursing Supervisor-on-duty made aware and documented the incident. On May 29,

21   2018, RN Luna was shocked to know that same inmate is housed in the same building where she

22   works and no movement restriction. Inmate has numerous history of guilty sexual misconduct

23   charges. RN Luna submitted report on October 26, 2018 of inmate stalking her and on November

24   29, 2018, inmate went again inside her classroom, and disobeyed his banned order from her class.

25   7.   The alleged discrimination occurred on or about ___02/09/2018___.

26                                       (DATE)

27   8.   I filed charges with the Federal Equal Employment Opportunity Commission (or the

28   California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                    - 2 -

1  discriminatory conduct on or about <u>September 17, 2018 (Filing</u> date per DFEH)
2                                     (DATE)
3  9.     The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter
4  (copy attached), which was received by me on or about   <u>August 13, 2020</u>   .
5                                     (DATE)
6  10.    Plaintiff hereby demands a jury for all claims for which a jury is permitted:
7         Yes <u>X</u>    No ____
8  11.    WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,
9  including injunctive orders, damages, costs, and attorney fees.
10
11 DATED:   <u>November 12, 2020</u>        _Maria C. Luna_ (signature)
12                                          SIGNATURE OF PLAINTIFF
13
14 (PLEASE NOTE: NOTARIZATION         Maria C. Luna
15 IS <u>NOT</u> REQUIRED.)               PLAINTIFF'S NAME
16                                          (Printed or Typed)

RECEIVED
2020 NOV 12 A 11: 44
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
N. DIST. OF CA.


# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Oakland Local Office

1301 Clay Street, Suite 680-N
Oakland, CA  94612
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Oakland Direct Dial:  (510) 956-0004
FAX (510) 637-3235
Website: www.eeoc.gov

Via email and U.S. Mail

Maria C. Luna
5049 Rowe Drive
Fairfield, CA 94533

RE:   EEOC Charge No. 555-2018-01782
      Maria Luna v. California Department of Corrections and Rehabilitation

Dear Maria Luna,

I am writing in response to your emails requesting that the Equal Employment Opportunity Commission (EEOC) consider reopening your charge of discrimination. We have reviewed the investigative file and determined that the evidence does not indicate a basis to reconsider the final determination for your charge. Please note that the initial evaluation of your claim performed by Ms. Juanita Rodriguez was conducted based on a limited set of facts and that after our investigation our final determination may differ from the initial assessment. Please be assured that we have reviewed your case and the information you provided. This information, however, would not alter the final action taken on your charge. There are no indications that further investigation would disclose a violation of one of the statutes enforced by the EEOC.

There is no further avenue of administrative appeal. The final determination letter dated August 13, 2020, describes your right to pursue the matter in court by filing a lawsuit within 90 days of your receipt of the dismissal notice. This 90-day period for filing a private lawsuit cannot be waived, extended, or restored by the EEOC.

We regret there is nothing further the EEOC can do to assist you in this particular matter.

Sincerely,

08/13/2020                    Steven Hunt
_____                  Digitally signed by Steven Hunt
Date                          DN: cn=Steven Hunt, o=U.S. Equal Employment
                              Opportunity Commission, ou,
                              email=steven.hunt@eeoc.gov, c=US
                              Date: 2020.08.13 15:19:55 -07'00'
                              _____
                              Steven Hunt
                              Director

2020 NOV 12 A 11: 54
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA.
RECEIVED

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Maria C. Luna<br>5049 Rowe Drive<br>Fairfield, CA 94533 | From: | Oakland Local Office<br>1301 Clay Street<br>Ste. 680-North<br>Oakland, CA 94612 |
|---|---|---|---|

RECEIVED 2020 NOV 12 A 11: 54
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

[ ]    On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 555-2018-01782 | Sarah Lamm, Investigator | (510) 956-0013 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Steven Hunt
Digitally signed by Steven Hunt
DN: cn=Steven Hunt, o=U.S. Equal Employment Opportunity Commission, ou, email=steven.hunt@eeoc.gov, c=US
Date: 2020.08.13 15:17:58 -07'00'

08/13/2020

Steven T. Hunt, Director     (Date Mailed)

Enclosures(s)

cc:
Khanh Nguyen
Program Manager
CA DEPT. OF CORRECTIONS & REHABILITATION
10111 Old Placerville Road, Ste. 200
Sacramento, CA 95827

Birhanu Adenew
California Department of Corrections and Rehabilitation
10111 Old Placerville Road, Suite 100
Sacramento, CA 95827