UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Maria C. Luna | ) | |
| Plaintiff(s), | ) | |
| | ) | Case Number: 3:20-cv-08097-EMC |
| vs. | ) | |
| | ) | |
| California Department of Corrections and Rehabilitation et al. | ) | ORDER APPOINTING COUNSEL |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| | ) | |

Because the plaintiff has requested and is in need of counsel to assist her in this matter and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Steven Noel Williams (CBN 175489) and Anna Patrice-Harris (CBN 309022) of The Joseph Saveri Law Firm are hereby appointed as counsel for Ms. Luna in this matter.

The scope of this referral shall be for:

☒ all purposes for the duration of the case

☐ the limited purpose of representing the litigant in the course of

 ☐ mediation

 ☐ early neutral evaluation

 ☐ settlement conference

 ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

 ☐ discovery as follows:

 ☐ other:

Counsel shall be familiar with General Order No. 25 posted on the Court's website.

IT IS SO ORDERED.

Dated:  August 30, 2021

HONORABLE EDWARD M. CHEN
United States District Judge