Steven N. Williams (State Bar No. 175489)
Anna-Patrice Harris (State Bar No. 309022)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: swilliams@saverilawfirm.com
        aharris@saverilawfirm.com

*Counsel for Plaintiff Maria C. Luna*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA C. LUNA, | Case No. 3:20-CV-08097-EMC (TSH) |
| Plaintiff, | [PROPOSED] JOINT STIPULATION TO EXTEND SCHEDULING DATES |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; CALIFORNIA MEDICAL FACILITY | |
| Defendants. | |

Plaintiff Maria C. Luna and Defendants California Department of Corrections and Rehabilitation ("CDCR") and California Medical Facility (collectively referred to as "Parties") hereby jointly stipulate and request an order further extending the dates for Plaintiff's opposition to Defendants' motion for summary judgment and discovery deadlines as follows:

WHEREAS on November 19, 2021, Defendants filed a motion for summary judgment against Plaintiff (Dkt. No. 30);

WHEREAS on November 24, 2021, Plaintiff filed a motion pursuant to Local Rule 7-11 seeking an extension of time to respond to Defendants' motion for summary judgment (Dkt. No. 32);

WHEREAS on November 30, 2021, the Parties informed the Court they reached an agreement regarding timing for filing Plaintiff's opposition to Defendants' motion for summary judgment and corresponding discovery deadlines contingent upon the date and occurrence of Plaintiff's Rule 30(b)(6) deposition (Dkt. No. 35);

WHEREAS on December 3, 2021, Plaintiff served Defendants with a Rule 30(b)(6) notice of deposition;

WHEREAS on December 20, 2021, Plaintiff and Defendants agreed to a mutually convenient date of January 19, 2022, for Plaintiff's Rule 30(b)(6) deposition;

WHEREAS Plaintiff took the Rule 30(b)(6) deposition on January 19, 2022, at which time it was determined that such deposition will have to be continued and completed on a subsequent date;

WHEREAS pursuant to stipulation of the parties, the Court had previously set the following briefing schedule on Defendants' motion for summary judgment: Plaintiff's deadline to file an opposition to Defendants' motion for summary judgment is extended to February 3, 2022; Defendants' deadline to file a reply to the opposition to the motion for summary judgment is extended to February 18, 2022. (Dkt. No. 40).

NOW ACCORDINGLY, due to the need for a continuance of the Rule 30(b)(6) deposition to a later date, the Parties jointly stipulate and request that the Court set the briefing schedule on Defendants' motion for summary judgment and discovery as follows:

- The date for the Defendants' continued Rule 30(b)(6) deposition will be set on a mutually agreeable date in February 2022;
- The Plaintiff's deadline to file an opposition to Defendants' motion for summary judgment is extended to ~~March 15, 2022;~~ **March 8, 2022**
- The Defendants' deadline to file a reply to the opposition to the motion for summary judgment is extended to ~~March 29, 2022;~~ **March 22, 2022**
- The date of the hearing on the motion for summary judgment will be set by the Court two weeks after Defendants' deadline to file a reply to the opposition to the motion for summary judgment;
- Expert opening reports are due no later than one month after the ruling on the motion for summary judgment, provided that the deadline for expert opening reports does not exceed two months after the date of the hearing on the motion, and the deadline for expert rebuttal reports is extended to 21 days after the opening reports are due;
- The fact-discovery deadline is extended to one month after the ruling on the motion for summary judgment, provided that this deadline does not exceed two months after the date of the hearing of the motion; and
- Expert discovery is extended to 45 days after the fact-discovery deadline.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: January 27, 2022                    By: _____
                                           HONORABLE EDWARD M. CHEN
                                           UNITED STATES DISTRICT JUDGE