1 | Steven N. Williams (State Bar No. 175489)
2 | **JOSEPH SAVERI LAW FIRM, LLP**
  | 601 California Street, Suite 1000
3 | San Francisco, CA 94108
  | Telephone: (415) 500-6800
4 | Facsimile: (415) 395-9940
  | Email: swilliams@saverilawfirm.com
5 |
6 | *Counsel for Plaintiff Maria C. Luna*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MARIA C. LUNA, | Case No. 3:20-CV-08097-EMC (TSH) |
|---|---|
| Plaintiff, | **DECLARATION OF MARIA C. LUNA IN SUPPORT OF PLAINTIFF'S OBJECTION TO PAYMENT OF BILL OF COSTS** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; CALIFORNIA MEDICAL FACILITY | |
| Defendants. | |

I, Maria C. Luna, declare and state as follows:

1. I am an individual over 18 years old. I currently reside in Fairfield, California. I am the named Plaintiff in the above captioned action. I make this declaration based upon my personal knowledge and could competently testify to the facts herein if called to do so. I make this declaration pursuant to 28 U.S.C. § 1746 in support of Plaintiff's Objection to Pay Bill of Costs.

2. I have reviewed the costs that the Defendants have requested in this case.

3. I am currently unemployed and do not have any income.

4. I am economically unable to afford to pay this bill of costs.

I declare under penalty of perjury under the laws of the United States of America and State of California that the foregoing is true and correct and to the best of my knowledge and that this declaration was executed in Fairfield, CA, on May 25, 2022.

By: *Maria C. Luna* (signature)
Maria C. Luna

Case No. 3:20-CV-08097-EMC (TSH)    1
DECLARATION OF MARIA C. LUNA IN SUPPORT OF PLAINTIFF'S OBJECTION TO PAY BILL OF COSTS